IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA GRAY,<br>    Plaintiff,<br><br>v.<br><br>FMS INVESTMENT CORP.,<br>a Maryland Corporation,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-01791-MHS-GGB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by:   / s/ Justin T. Holcombe
       Justin T. Holcombe
       Attorney for Plaintiff
       Georgia Bar No. 552100

- 1 -

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600   ●   fax (404) 601 - 1855
jholcombe@skaarandfeagle.com